UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:  0:11-cv-61734-DMM

JAN BENSON SEGAL,

    Plaintiff,

vs.

CORAL SHOPPING CENTER, INC., a
Florida Corporation and BERI GOURMET
INC. d/b/a FERNANDA'S INTERNATIONAL
MARKET,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiffs provide this Notice of Settlement, and states that the parties have reached an agreement with Defendants as to the resolution of all claims against them.  Plaintiff is currently awaiting receipt of settlement documents from defense counsel and the undersigned anticipates submitting a joint stipulation of dismissal to the Court for approval within 10 days.

    WHEREFORE, Plaintiffs provides this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

[*signature and certificate on following page*]

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 18th day of October 2011.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                      Respectfully submitted,

By:    /s/ Daniel B. Reinfeld
        DANIEL B. REINFELD, ESQ.
        Florida Bar No.:  174815
        DILL & REINFELD, PLLC
        Attorneys for Plaintiff
        Wells Fargo Financial Center
        1909 Tyler Street, Fourth Floor
        Hollywood, FL 33020
        Telephone: (954) 558-8139
        Facsimile: (954) 628-5054
        E-Mail: dan@reinfeldlaw.com

                      Respectfully submitted,

By:    /s/ W. Glenn Dill
        WILLIAM GLENN DILL, ESQ.
        Florida Bar No.:  174815
        DILL & REINFELD, PLLC
        Attorneys for Plaintiff
        Wells Fargo Financial Center
        1909 Tyler Street, Fourth Floor
        Hollywood, FL 33020
        Telephone: (305) 632-4212
        Facsimile: (954) 628-5054
        E-Mail: dillwg@aol.com

Service List

JOHN STEPHENSON ANDREWS
ANDREWS & GALATIS
1501 NE 4th Avenue
Fort Lauderdale, FL 33304
954-765-1350
Fax: 765-1325
Email: jsa99@bellsouth.net