UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 11-61734-CIV-MIDDLEBROOKS/JOHNSON

JAN BENSON SEGAL,

        Plaintiff,

v.

CORAL SHOPPING CENTER, INC., a
Florida Corporation

        Defendant.
_____/

## ORDER AFFIRMING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal With Prejudice (DE 21), filed November 21, 2011. I have reviewed the Parties' Joint Stipulation and am otherwise fully advised in the premises.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation for Dismissal With Prejudice (DE 21) is **APPROVED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED** against Defendant;

2. The Parties shall bear their own costs and attorneys fees; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** this __1__ day of December, 2011, in chambers in West Palm Beach, Florida.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record